NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEFFREY McLAUGHLIN,          )
                             )
          Appellant,         )
                             )
v.                           )          Case No. 2D20-991
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.          )
_____ )

Opinion filed September 23, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Debra Johnes Riva,
Judge.

PER CURIAM.

          Affirmed.  See Brooks v. State, 969 So. 2d 238 (Fla. 2007); Adaway v.

State, 902 So. 2d 746 (Fla. 2005); Seagrave v. State, 802 So. 2d 281 (Fla. 2001);

Carpenter v. State, 884 So. 2d 385 (Fla. 2d DCA 2004); Knarich v. State, 866 So. 2d

165 (Fla. 2d DCA 2004); Allen v. State, 976 So. 2d 1189 (Fla. 5th DCA 2008); Pruitt v.

State, 801 So. 2d 143 (Fla. 4th DCA 2001).

KELLY, ATKINSON, and SMITH, JJ., Concur.